DOCKET NO. 15-14406-C

# United States Court of Appeals
### for the
# Eleventh Circuit

IAG LLC,

*Appellant,*

v.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PENNSYLVANIA,

*Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
IN CIVIL DOCKET FOR CASE #: 8:13-cv-01675-CEH-TBM
(Hon. Charlene Edwards Honeywell)

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

STEVEN E. GOLDMAN, ESQ.
GOLDMAN & HELLMAN
800 S.E. 3rd Avenue, 4th Floor
Fort Lauderdale, Florida 33316
Tel (954) 356-0460
Fax (954) 832-0878

MICHAEL I. GOLDMAN, ESQ.
GOLDMAN & HELLMAN
233 Harvard St., Suite 211
Brookline, MA 02446
Tel (617) 566-4200
Fax (617) 566-4292

*Co-Counsel for National Union Fire Insurance Company
of Pittsburgh Pennsylvania*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1-1, Appellant National Union Fire Insurance Company of Pittsburgh Pennsylvania certifies that, to the best of our knowledge, the following persons and entities have an interest in this appeal:

1. American International Group, Inc. (NYSE: AIG)

2. Becker, H. Paul, shareholder of IAG, LLC

3. Chartis, Inc.

4. Goldman, Michael I., Esq., Counsel for Defendant/Appellee

5. Goldman, Steven E., Esq., Counsel for Defendant/Appellee

6. Goldman & Hellman, Counsel for the Defendant/Appellee

7. Honeywell, Judge Charlene Edwards, United States District Court Judge

8. IAG, LLC, Plaintiff/Appellee

9. National Union Fire Insurance Company of Pittsburgh Pennsylvania, Defendant/Appellee

10. Niemeyer, Michelle Melin, Counsel for the Plaintiff/Appellee

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Defendant/Appellee National Union Fire Insurance Company of Pittsburgh Pennsylvania makes the following statement as to corporate ownership:

Plaintiff/Appellee IAG, LLC is a privately held company, and is not a subsidiary of any other entity.

Defendant/Appellee National Union Fire Insurance Company of Pittsburgh Pennsylvania is a privately held subsidiary of Chartis, Inc., which is a privately held subsidiary of American International Group, Inc., which is a publically traded company on the New York Stock Exchange under the ticker symbol "AIG".

October 5th, 2015.

GOLDMAN & HELLMAN
Attorneys for Plaintiff/Appellant
233 Harvard St., Suite 211
Brookline, MA 02446
Tel – (617)566-4200
Fax – (617)566-4292
Cel – (617)320-9854

By:    /s/ Michael I. Goldman
MICHAEL I. GOLDMAN, ESQ.
MA. BAR NO. 677362

GOLDMAN & HELLMAN
Attorneys for Plaintiff/Appellant
800 S.E. 3rd Avenue
4th Floor
Fort Lauderdale, FL 33316
Tel – (954) 356-0460
Fax – (954) 832-0878

By:    /s/ Steven E. Goldman
STEVEN E. GOLDMAN,ESQ.
FLA. BAR NO. 345210

*IAG v. National Union Fire Insurance*
15-14406-C

## <u>CERTIFICATE OF COMPLIANCE</u>
This brief complies with the format specifications of Fed.R.App.P. 32(c)(2).

GOLDMAN & HELLMAN
Attorneys for Plaintiff/Appellant
233 Harvard St., Suite 211
Brookline, MA 02446
Tel – (617)566-4200
Fax – (617)566-4292
Cel – (617)320-9854

By:    /s/ Michael I. Goldman
MICHAEL I. GOLDMAN, ESQ.
MA. BAR NO. 677362

GOLDMAN & HELLMAN
Attorneys for Plaintiff/Appellant
800 S.E. 3rd Avenue
4th Floor
Fort Lauderdale, FL 33316
Tel – (954) 356-0460
Fax – (954) 832-0878

By:    /s/ Steven E. Goldman
STEVEN E. GOLDMAN,ESQ.
FLA. BAR NO. 345210

*IAG v. National Union Fire Insurance*
15-14406-C

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 5th, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

GOLDMAN & HELLMAN
Attorneys for Plaintiff/Appellant
233 Harvard St., Suite 211
Brookline, MA 02446
Tel – (617)566-4200
Fax – (617)566-4292
Cel – (617)320-9854

By:    /s/ Michael I. Goldman
MICHAEL I. GOLDMAN, ESQ.
MA. BAR NO. 677362

GOLDMAN & HELLMAN
Attorneys for Plaintiff/Appellant
800 S.E. 3rd Avenue
4th Floor
Fort Lauderdale, FL 33316
Tel – (954) 356-0460
Fax – (954) 832-0878

By:    /s/ Steven E. Goldman
STEVEN E. GOLDMAN,ESQ.
FLA. BAR NO. 345210